UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO GUZMAN,<br><br>Defendant. | Case No. 12-cr-00119-SI-1<br><br>**ORDER REQUESTING BUREAU OF PRISONS TO IMMEDIATELY RECALCULATE DEFENDANT GREGORIO GUZMAN'S TIME SERVED AND RELEASE DATE** |

On May 12, 2020, the Court resentenced defendant Gregorio Guzman to a total sentence of 120 months. According to the Bureau of Prisons' website, defendant's projected release date under the original 180 month sentence would have been May 24, 2026. Under the new sentence, it appears that defendant should be released very soon. The Court also notes that due to the COVID-19 pandemic, defendant is unlikely to be transferred out of Santa Rita Jail, and that jail has a number of confirmed cases of inmates testing positive for the virus.

Accordingly, **the Court requests that the Bureau of Prisons immediately recalculate defendant's time served and release date in order to ensure that defendant is released at the correct time under the new sentence**. The government's counsel is directed to serve this order upon the BOP immediately.

**IT IS SO ORDERED**.

Dated: May 13, 2020

SUSAN ILLSTON
United States District Judge